# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Baylson, Michael M. | 2. Court or Organization<br><br>U.S.D.C | 3. Date of Report<br><br>07/22/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2018 | Penn Law School - Professor | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Physician (Spouse) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | sedona conference | 6/15 - 6/17 | budapest, hungary | speaker - legal education | airefare and travel expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second IRA R/O | | | | | | | | | |
| 2. vanguard federal money market fund | A | Dividend | K | T | | | | | |
| 3. vanguard intermediate term bond fund index admiral cl | D | Dividend | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. vanguard short term bond index admiral cl | C | Dividend | M | T | | | | | |
| 6. vanguard 500 index admiral cl | A | Dividend | K | T | | | | | |
| 7. vanguard intermediate term invest grade admiral cl | C | Dividend | M | T | | | | | |
| 8. vanguard short term investment grade admiral cl | C | Dividend | M | T | | | | | |
| 9. vanguard ftse all world ex u.s. small cap investor cl | A | Dividend | K | T | Sold (part) | 10/11/18 | J | A | |
| 10. vanguard growth index admiral cl | B | Dividend | M | T | Sold (part) | 07/02/18 | K | A | |
| 11. vanguard total intl bond index admiral cl | D | Dividend | M | T | | | | | |
| 12. vanguard developed markets index admiral cl | B | Dividend | K | T | | | | | |
| 13. vanguard value index admiral cl | C | Dividend | M | T | | | | | |
| 14. dfa emerging markets core equity cl 1 | B | Dividend | K | T | Sold (part) | 09/13/18 | K | A | |
| 15. dfa global real estate securities instl cl | C | Dividend | L | T | | | | | |
| 16. dfa intl value instl cl | C | Dividend | L | T | | | | | |
| 17. dfa u.s. large cap value instl cl | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. dfa u.s. micro cap instl cl | A | Dividend | K | T | | | | | |
| 19. dfa u.s. small cap value instl cl | A | Dividend | | | Sold | 04/30/18 | L | A | |
| 20. dfa global alloc 60/40 instl cl | B | Dividend | L | T | | | | | |
| 21. dfa intl large cap growth instl cl | B | Dividend | L | T | | | | | |
| 22. dfa intl small cap value cl 1 | B | Dividend | L | T | | | | | |
| 23. first eagle overseas cl 1 | A | Dividend | K | T | Sold (part) | 06/08/18 | K | A | |
| 24. hotchkis & wiley mid cap value cl 1 | B | Dividend | L | T | | | | | |
| 25. maingate mlp cl 1 | A | Dividend | | | Sold | 02/08/18 | K | A | |
| 26. morgan stanley instl intl equity cl 1 | B | Dividend | K | T | | | | | |
| 27. westcore mid cap value | | | | | Sold | 01/01/18 | L | A | |
| 28. TDA Joint | | | | | | | | | |
| 29. teligent inc. | | | J | T | Sold (part) | 12/24/18 | J | A | |
| 30. juniper pharmaceuticals inc. | | | | | Sold | 07/06/18 | J | A | |
| 31. fireeye inc. | | | K | T | | | | | |
| 32. opko health inc. | | | K | T | | | | | |
| 33. pennsylvania real estate invst | A | Distribution | J | T | | | | | |
| 34. progenics pharmaceuticals | | | L | T | Sold (part) | 03/08/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/08/18 | J | A | |
| 36. amkor technologies inc. | | | J | T | | | | | |
| 37. qualcomm communications | A | Dividend | | | Sold (part) | 01/19/18 | K | D | |
| 38. | | | | | Sold (part) | 08/24/18 | J | A | |
| 39. | | | | | Sold | 08/29/18 | J | A | |
| 40. rentech | | | J | T | | | | | |
| 41. safeguard scientfics inc. | | | K | T | | | | | |
| 42. bancorp bank | | | J | T | | | | | |
| 43. WF JT | | | | | | | | | |
| 44. International Business Machines | D | Dividend | M | T | | | | | |
| 45. Verizon Communicatins | D | Dividend | M | T | | | | | |
| 46. Wells Fargo Bank Deposits Sweep | A | Interest | J | T | | | | | |
| 47. WFBNA Collateral Acct | | | | | | | | | |
| 48. Standard Bank Deposit | A | Interest | J | T | | | | | |
| 49. AT&T | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 50. Bank of America | B | Dividend | L | T | | | | | |
| 51. BP Plc Sponsored ADR | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Conoco Phillips | A | Dividend | K | T | | | | | |
| 53. Exelon Corp | B | Dividend | L | T | | | | | |
| 54. Fidelity National Information Services | A | Dividend | L | T | | | | | |
| 55. FNF Group | | | | | Sold | 02/16/18 | J | B | |
| 56. General Electric Co. | B | Dividend | K | T | | | | | |
| 57. JP Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 58. NCR Corp | | | | | Sold | 01/23/18 | J | A | |
| 59. Phillips 66 | A | Dividend | K | T | | | | | |
| 60. Teradata | | | | | Sold | 01/23/18 | J | B | |
| 61. Wells Fargo Company | A | Dividend | J | T | | | | | |
| 62. Western Digital Corp. Del | A | Dividend | J | T | | | | | |
| 63. PIMCO Fundamental IndexPlus AR | A | Dividend | K | T | | | | | |
| 64. black knight inc. x | | | | | Sold | 01/23/18 | J | A | |
| 65. First IRA R/O | | | | | | | | | |
| 66. Vanguard Federal Money Market Fund | A | Dividend | K | T | | | | | |
| 67. Vanguard Intermediate Term Bond Index | D | Dividend | M | T | Buy | 02/16/18 | L | | |
| 68. | | | | | Buy | 05/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Short term Bond Index | B | Dividend | M | T | Buy | 05/07/18 | K | | |
| 70. Vanguard 500 Index | A | Dividend | K | T | | | | | |
| 71. Vanguard Intermediate Term Invest Grade | C | Dividend | M | T | | | | | |
| 72. Vanguard Short Term Investment Grade | C | Dividend | L | T | | | | | |
| 73. Vanguard FTSE All World Ex US Small Cap | A | Dividend | K | T | | | | | |
| 74. Vanguard Growth Index | B | Dividend | M | T | Sold (part) | 07/02/18 | K | A | |
| 75. Vanguard Total Intl Bond Index | C | Dividend | M | T | Buy | 05/07/18 | J | | |
| 76. Vanguard Developed Markets Index | A | Dividend | K | T | | | | | |
| 77. Vanguard Value Index | C | Dividend | M | T | | | | | |
| 78. DFA Emerging Markets Core Equity | A | Dividend | J | T | Sold (part) | 12/14/18 | K | A | |
| 79. DFA Global Real Estate Securties Instl | A | Dividend | J | T | Sold (part) | 10/15/18 | K | A | |
| 80. DFA Intl Value Instl | C | Dividend | K | T | | | | | |
| 81. DFA US Large Cap Value Instl Cl | C | Dividend | K | T | | | | | |
| 82. DFA US Micro Cap Instl | A | Dividend | | | Sold | 04/30/18 | K | A | |
| 83. DFA US Small Cap Value Instl | B | Dividend | K | T | | | | | |
| 84. DFA Intl Large Cap Growth Instl | B | Dividend | K | T | | | | | |
| 85. DFA Intl Small Cap Value | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baylson, Michael M. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. First Eagle Overseas | B | Dividend | K | T | | | | | |
| 87. Hotchkis & Wiley Mid Cap Value | B | Dividend | K | T | | | | | |
| 88. Maingate MLP Cl I | A | Dividend | | | Sold | 02/08/18 | K | A | |
| 89. Morgan Stanley Instl Intl Equity | C | Dividend | K | T | | | | | |
| 90. Westcore Mid Cap Value Dividend | | | | | Sold | 01/01/18 | K | A | |
| 91. 1777 Sentry Parkway Investors, LP | A | Interest | J | U | Buy | 05/01/18 | J | | |
| 92. | A | Distribution | | | | | | | |
| 93. Greenspan Baylson Partnership | A | Int./Div. | J | U | | | | | |
| 94. telepath networks | | | J | T | | | | | |
| 95. LLR Equity Partners Parallel III, LP | A | Int./Div. | K | U | | | | | |
| 96. | E | Distribution | | | | | | | |
| 97. Planet Data Acq. | | | L | W | | | | | |
| 98. Advanced Reproductive Care | | | J | W | | | | | |
| 99. Keystone Property Fund IIIA, LP | A | Int./Div. | J | U | | | | | |
| 100. | B | Distribution | | | | | | | |
| 101. Keystone Tristate Opp. Fund, LP | A | Int./Div. | J | U | | | | | |
| 102. | D | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  KPG Curtis Investors, LP | A | Int./Div. | J | U | | | | | |
| 104.  KPGFW - 1 - PA Ventures, LP | A | Int./Div. | J | U | | | | | |
| 105. | C | Distribution | | | | | | | |
| 106.  Versa Capital Fund II, LP | B | Int./Div. | L | U | | | | | |
| 107. | D | Distribution | | | | | | | |
| 108.  Melior Pharmaceuticals | | | J | T | | | | | |
| 109.  Allied Biosciences Services | | | M | T | | | | | |
| 110.  Prostagene | | None | J | T | | | | | |
| 111.  Baumrin et al Partnership | | | | | Sold | 12/01/18 | J | A | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/22/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael M. Baylson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544